**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| THE CONSOLIDATED CITY OF INDIANAPOLIS, and THE METROPOLITAN DEVELOPMENT COMMISSION OF MARION COUNTY, INDIANA, | ) ) ) ) ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| KIMBERLY PECK, | ) |
| | ) |
| Defendant. | ) |
| | ) |
| KIMBERLY PECK, | ) |
| | ) |
| Counter Plaintiff/Defendant, | ) |
| | ) |
| v. | ) |
| | ) |
| THE CONSOLIDATED CITY OF INDIANAPOLIS, and THE METROPOLITAN DEVELOPMENT COMMISSION OF MARION COUNTY, INDIANA, | ) ) ) ) ) |
| | ) |
| Counter Defendants/Plaintiffs. | ) |

CASE NO.  1:20-cv-

**NOTICE OF REMOVAL OF ACTIONS**
**UNDER 28 U.S.C. § 1441(a) - FEDERAL QUESTION**

TO THE CLERK OF THE ABOVE-CAPTIONED COURT:

Defendant Kimberly Peck, by counsel, hereby removes to this Court the state court action described below:

1.      On October 17, 2018, an action was commenced in the Marion Superior Court, Civil Division, Room Four, entitled *The Consolidated City of Indianapolis, and the Metropolitan*

*Development Commission of Marion County, Indiana, v. Kimberly Peck,* Cause No. 49D04-1810-OV-041597.

2.      The first date the Defendant received a copy of the Complaint was on or about October 30, 2017, when an Order to Appear was served on the Defendants.

3.      Counsel for the Defendant, Joseph Calderon first appeared on November 16, 2018.

4.      Following a number of continuances by both parties, in October 11, 2019, the undersigned entered his Appearance on behalf of the Defendant.

5.      On October 19, 2019, the undersigned filed a Petition for a Preliminary Injunction in this matter.

6.      On December 16, 2019, the undersigned filed a Counterclaim in this case.

7.      On the same date, counsel also filed a Motion to Consolidate this action with *The Consolidated City of Indianapolis, and the Metropolitan Development Commission of Marion County, Indiana, v. Ray Peck,* Cause No. 49D04-1810-OV-041583.

8.      At a hearing on January 8, 2020, the State Court noted that it could ***not***consolidate the two matters.

9.      The Defendant's Counterclaim alleges both Due Process and Equal Protection violations under 42 U.S.C. § 1983.

10.      Pursuant to 28 U.S.C. § 1331, these claims provide this Court with original jurisdiction over this case, and this matter is appropriate for removal to this Court, pursuant to 28 U.S.C. § 1441(a).

WHEREFORE, Defendant Kimberly Peck respectfully requests this Court to accept jurisdiction of her cases.

Respectfully submitted,

  *s/ Jay Meisenhelder*
Jay Meisenhelder, Atty No. 19996-49
JAY MEISENHELDER EMPLOYMENT
& CIVIL RIGHTS LEGAL SERVICES, P.C.
650 North Girls School Road, Suite B20
Indianapolis, IN  46214
Office Telephone:    317/231-5193
Direct Telephone:    317/899-9220
Facsimile Number:    317/982-5463
Email Address:      jaym@ecrls.com

## CERTIFICATE OF SERVICE

I certify that on January 9, 2020, the foregoing was filed electronically. Copies will be sent to all counsel of record by operation of the Court's ECF/CM system.

Additionally, I certify that on January 9, 2020, true and accurate copies of the foregoing were served on the following counsel of record for the Plaintiffs/Counter Defendants by operation of the State Efile system, electronic mail, and/or first-class United States Mail, postage prepaid, and addressed as follows:

Deborah L. Law                      deborah.1aw@indy.gov
Office of Corporation Counsel
200 E. Washington St., Suite 1601
Indianapolis, IN 46204

  *s/ Jay Meisenhelder*

-3-